Gregory GAYLE, Plaintiff–Appellant,

v.

Hans G. WALKER, Superintendent, et al., Defendants–Appellees.

No. 97–2710.

United States Court of Appeals, Second Circuit.

July 21, 1998.

Before: MINER and CABRANES, Circuit Judges, and CHATIGNY,* District Judge.

An appeal having been brought by appellant *pro se,* and the Court having found that a transcript is necessary for the appeal, it is hereby **ORDERED** that said appeal is **DISMISSED WITHOUT PREJUDICE** to reinstatement provided that appellant, within 30 days of the date of this order, provides this Court with: (1) the trial transcript; (2) proof that he has ordered the trial transcript; or (3) proof that he has moved in the district court for a free trial transcript. *See* Fed. R.App.P. 10(b). Upon timely filing of a transcript in the record on appeal, the appeal will be reinstated.

* Of the United States District Court for the District of Connecticut, sitting by designation.